UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BURTON CANFIELD, JR.,

      Plaintiff,         Case No. 2:15-cv-10195
              Magistrate Judge Anthony P. Patti
v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER GRANTING MOTIONS TO APPEAR BY TELEPHONE (DE 19 and 20)

      This matter is scheduled for a hearing on January 8, 2016.  On December 16, 2015, counsel for Plaintiff and Defendant filed motions to appear at the hearing by telephone.  (DE 19 and 20.)  Both indicate that round-trip travel to the hearing would be burdensome.  Plaintiff's counsel's office is located in Bay City, Michigan, and Defendant's counsel's office is located in Boston, Massachusetts.  Neither party objects to the others' motion.

      Although the Court generally believes that there is often a more meaningful discussion at oral argument when counsel appear in person, and therefore prefers to to avoid telephonic hearings (especially where counsel is in-state), for good cause shown and because neither party objects, both motions are **GRANTED**.  (DE 19 and 20.)  However, if for any reason counsel become available to attend the

hearing in person, they need only file a notice on the docket by 8:00 a.m. on January 8, 2016.

**IT IS SO ORDERED.**


Dated: January 4, 2016                s/Anthony P. Patti
                                      Anthony P. Patti
                                      UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on January 4, 2016, electronically and/or by U.S. Mail.

                                      s/Michael Williams
                                      Case Manager for the
                                      Honorable Anthony P. Patti